O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-644-CAS |
| Plaintiff, | ) ) | SUPERVISED RELEASE REVOCATION, REVOKING, REINSTATING AND JUDGMENT |
| v. | ) ) | |
| JOHN WAYNE AVERY, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On July 9, 2009, this matter came before the Court on petition to show cause why supervised release should not be revoked filed July 6, 2009. The Government, Jane Kim, the defendant and his appointed attorney, Anthony Eaglin, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Gregory Metoyer, is also present. The defendant admits violation of his supervised release as stated in the petition filed July 6, 2009.

THE COURT FINDS defendant's admissions voluntary and knowledgeable and accepts them. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of August 3, 2006. The defendant's supervised release is hereby revoked and reinstated under the same terms and conditions previously imposed, with the added conditions as follows:

1) The defendant shall participate for a period of three (3) months in a home detention program which includes electronic monitoring and shall observe all rules of such program, as directed by the Probation Officer;

2)    If the Probation Officer determines defendant has the resources to pay such costs, then the defendant shall pay the costs of electronic monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation in the electronic monitoring program. The defendant shall provide payment and proof of payment as directed by the Probation Officer; and

3)    The defendant shall attend at least one (1) Alcoholics Anonymous Meeting per day, 7-days a week. The defendant may attend additional Alcoholics Anonymous Meetings with the consent of the Probation Officer.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: July 10, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: _____/S/_____
Catherine M. Jeang, Deputy Clerk

2