O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR05-644-CAS |
| ) | |
| Plaintiff, ) | SUPERVISED RELEASE |
| v. ) | REVOCATION, REVOKING AND |
| ) | JUDGMENT |
| JOHN WAYNE AVERY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

On August 27, 2009, this matter came before the Court on petition to show cause why supervised release should not be revoked filed August 11, 2009.  The Government, Jayne Kim, the defendant and his appointed attorney, Anthony Eaglin, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Gregory Metoyer, is also present.  The defendant admits violation of his supervised release as stated in the petition filed August 11, 2009.

THE COURT FINDS defendant's admissions voluntary and knowledgeable and accepts them.  The Court further finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of August 30, 2006 and July 9, 2009.  The defendant's supervised release is hereby revoked.  Defendant is hereby committed to the Bureau of Prisons for a term of four (4) months, with no supervision to follow.  It is ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, September 8,

2009.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at: Roybal Federal Building, 255 East Temple, Los Angeles, California 90012.  All terms and conditions previously imposed will remain until defendant self-surrenders.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.


FILE/DATED: August 27, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: _____/S/_____
Catherine M. Jeang, Deputy Clerk